HAYES PAWLENKO LLP
MATTHEW B. HAYES (SBN 220639)
mhayes@helpcounsel.com
KYE D. PAWLENKO (SBN 221475)
kpawlenko@helpcounsel.com
595 East Colorado Blvd., Suite 303
Pasadena, California 91101
Tel: (626) 808-4357

Attorneys for Plaintiff
DEBORAH CLAY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH CLAY, an individual on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PROLINK STAFFING SERVICES, LLC; and DOES 1 to 10 inclusive,<br><br>Defendants. | Case No. 5:19-CV-01697-JGB (KKx)<br><br>**NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date:      June 1, 2020<br>Time:     9:00 a.m.<br>Location: Courtroom 1<br>             (Riverside Courthouse) |

**NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

1

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** on June 1, 2020 at 9:00 a.m. in Courtroom 1 of the United States District Court for the Central District of California (Eastern Division), located at 3470 Twelfth Street, Riverside, CA 92501, the Honorable Jesus G. Bernal presiding, Plaintiff Deborah Clay ("Plaintiff") will and hereby does move for entry of an Order:

1. Preliminarily approving the terms of the Joint Stipulation and Class Action Settlement Agreement ("Settlement") – which is submitted concurrently herewith as Exhibit 2 to the Compendium of Evidence – as fair, reasonable, and adequate;

2. Conditionally certifying the following proposed class (hereafter "Settlement Class") for purposes of the Settlement only:

> All non-exempt hourly employees employed by Prolink Staffing Services, LLC in California who worked pursuant to an assignment agreement that provided for a weekly per diem payment and a missed shift deduction and worked overtime at any time from September 6, 2015 through September 6, 2019;

3. Appointing Plaintiff as representative of the Settlement Class;

4. Appointing Hayes Pawlenko LLP as class counsel for the Settlement Class;

5. Approving the manner and content of the notice of settlement prescribed by the Settlement as constituting the best notice practicable under the circumstances and in compliance with the requirements of due process;

6. Appointing Phoenix Class Action Administration Solutions as the settlement administrator, preliminarily approving settlement administration costs of up to $5,000, and directing the settlement administrator to disseminate notice in accordance with the Settlement; and

**NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

7. Scheduling a final fairness hearing on the question of whether the proposed Settlement should be finally approved.

The motion is unopposed by Defendant and will be based on this Notice, the Memorandum of Points & Authorities filed concurrently herewith, the Compendium of Evidence filed concurrently herewith, the records on file in this action, and any additional arguments or evidence presented to the Court in advance of the hearing.

DATED: April 21, 2020                HAYES PAWLENKO LLP

                                          By: /s/Matthew B. Hayes
                                              Matthew B. Hayes
                                              Kye D. Pawlenko
                                              Attorneys for Plaintiff

**NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**