HAYES PAWLENKO LLP
MATTHEW B. HAYES (SBN 220639)
mhayes@helpcounsel.com
KYE D. PAWLENKO (SBN 221475)
kpawlenko@helpcounsel.com
595 East Colorado Blvd., Suite 303
Pasadena, California 91101
Tel: (626) 808-4357

Attorneys for Plaintiff
DEBORAH CLAY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH CLAY, an individual on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PROLINK STAFFING SERVICES, LLC; and DOES 1 to 10 inclusive,<br><br>Defendants. | **Case No. 5:19-CV-01697-JGB (KKx)**<br><br>**NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date: November 9, 2020<br>Time: 9:00 a.m.<br>Location: Courtroom 1<br>(Riverside Courthouse) |

**NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

1

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** on November 9, 2020 at 9:00 a.m. in Courtroom 1 of the United States District Court for the Central District of California (Eastern Division), located at 3470 Twelfth Street, Riverside, CA 92501, the Honorable Jesus G. Bernal presiding, Plaintiff Deborah Clay ("Plaintiff") will and hereby does move for entry of an Order granting final approval of the Joint Stipulation and Class Action Settlement Agreement ("Settlement") submitted at Docket No. 24-4. Good cause exists for granting final approval of the Settlement in that the Settlement is fair, reasonable, and adequate.

The motion is unopposed by Defendant and will be based on this Notice, the Memorandum of Points & Authorities filed concurrently herewith, the declarations filed concurrently herewith, the records on file in this action, and any additional arguments or evidence presented to the Court in advance of the hearing.

DATED: October 9, 2020          HAYES PAWLENKO LLP

         By: /s/Kye D. Pawlenko
             Matthew B. Hayes
             Kye D. Pawlenko
             Attorneys for Plaintiff

**NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**